Chad C. Butterfield, Esq.
Nevada Bar No. 10532
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89119
(702) 727-1400; FAX (702) 727-1401
chad.butterfield@wilsonelser.com
*Attorneys for Defendant*
*LINDO MICHOACAN, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO OLVERA, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>LINDO MICHOACAN, INC., a domestic corporation,<br><br>                    Defendant. | Case No.:  2:25-cv-01766-APG-~~NPK~~ NJK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

        Defendant, LINDO MICHOACAN, INC. ("Defendant") and Plaintiff, MARIO OLVERA, by and through their respective undersigned counsel of record, hereby stipulate and agree to extend the deadline for Defendant to file a responsive pleading to Plaintiff's Complaint by fourteen days, to November 26, 2025.

        This stipulation is submitted pursuant to LR IA 6-1.  Good cause exists for the requested extension, as counsel for Defendant was only recently retained and requires sufficient time to obtain the relevant file materials and confer with Defendant as to the allegations set forth in the Complaint.

///

///

///

///

///

///

///

1

324161740V.1

1    This is the first requested extension of the responsive pleading deadline.

2    DATED this 12th day of November, 2025.

3    **WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**

4    */s/ Chad C. Butterfield*

5    Chad C. Butterfield, Esq.
     Nevada Bar No. 10532

6    6689 Las Vegas Blvd. South, Suite 200
     Las Vegas, NV  89119

7    *Attorneys for Defendant Lindo Michoacan, Inc.*

8    DATED this 12th day of November, 2025.

9    **LAGOMARSINO LAW**

10   */s/ Taylor N. Jorgensen*

     Andre M. Lagomarsino, Esq.

11   Nevada Bar No. 6711

     Taylor N. Jorgensen, Esq.

12   Nevada Bar No. 16259

     Maria A. Mencos, Esq.

13   Nevada Bar No. 17098

14   3005 W. Horizon Ridge Pkwy., #241
     Henderson, NV 89052

15   *Attorney for Plaintiff Mario Olvera*

16

17

18                    **ORDER**

     **GOOD CAUSE SHOWN, IT IS SO ORDERED.**

19

20   Dated  November 14, 2025

21

22

23   _____
     United States Magistrate Judge

24

25

26

27

28

2