Jorge A. Ramirez, Esq.
Nevada Bar No. 006787
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Jorge.Ramirez@wilsonelser.com
*Attorney for Defendant Lindo Michoacan, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIO OLVERA, an individual, | Case No.  2:25-CV-01766-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS ENTIRE CASE WITH PREJUDICE** |
| LINDO MICHOACAN, INC., a domestic corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Defendant Lindo Michoacan, Inc., by and through its counsel of record, Jorge A. Ramirez, of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and Plaintiff Mario Olvera by and through his counsel of record, Maria A. Mencos, Esq. and Andre M. Lagomarsino, Esq. of LAGOMARSINO LAW, that this matter is Dismissed with Prejudice and each party will bear its own costs and attorney's fees. It is also hereby stipulated that all upcoming dates shall be vacated.

. . .

. . .

. . .

*Olvera v Lindo Michoacan, Inc.*
*Case No. 2:25-CV-01766-APG-NJK*
*Stipulation and Order to Dismiss Entire Case with Prejudice*

DATED this 11th day of May, 2026                    DATED this 11th day of May, 2026

WILSON, ELSER, MOSKOWITZ,                    LAGOMARSINO LAW
EDELMAN & DICKER LLP

*/s/ Jorge A. Ramirez, Esq.*                            */s/ Maria A. Mencos, Esq.*
Jorge A. Ramirez, Esq.                              Maria A. Mencos, Esq.
Nevada Bar No. 006787                              Nevada Bar No. 17098
6689 Las Vegas Blvd. South, Suite 200              Andre M. Lagomarsino, Esq.
Las Vegas, Nevada 89119                            Nevada Bar No. 6711
*Attorney for Lindo Michoacan, Inc*                 3005 W. Horizon Ridge Pkwy #241
                                                    Henderson, Nevada 89052
                                                    *Attorney for Plaintiff Mario Olvera*

IT IS SO ORDERED:

Dated: May 12, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

 */s/ Jorge A. Ramirez, Esq*
Jorge A. Ramirez, Esq.
Nevada Bar No. 6787
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
*Attorney for Lindo Michoacan, Inc*

-2-